IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SCOTT CLYDE, | No. 2:19-CV-2070-MCE-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| MARION E. SPEARMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's unopposed motion, ECF No. 16, for leave to amend.

Petitioner filed in the Ninth Circuit Court of Appeal an application for leave to present a second successive habeas petition in the district court in June 2020. On July 16, 2020, the appellate court transferred the application to this court with instructions that it be construed as a motion for leave to amend his pending habeas petition. <u>See</u> ECF No. 15. The application was transferred to this court on July 20, 2020, and filed as a motion for leave to amend. <u>See</u> ECF No. 16. To date, Respondent has not filed an opposition.

/ / /

/ / /

/ / /

1

   Good cause appearing therefor, and in light of the absence of any opposition by Respondent, Petitioner's motion for leave to amend will be granted.  This action shall proceed on the petition attached to Petitioner's motion at ECF No. 16, pgs. 5-19.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Petitioner's unopposed motion for leave to amend, ECF No. 16, is granted;

   2. The Clerk of the Court is directed to separately docket the petition attached to ECF No. 16 at pages 5-19 as Petitioner's first amended petition filed as of May 26, 2020; and

   3. Respondent shall file a response to the first amended petition within 60 days of the date of this order.

Dated:  October 30, 2020

                _____
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE